(November 1, 1960)

■ (A) The People of the State of New York, Respondent, v. Lee Colligan, Appellant. (B) The People of the State of New York, Respondent, v. Roosevelt Joyner, Appellant. (C) The People of the State of New York, Respondent, v. Maud L. White, Appellant. (D) The People of the State of New York, Respondent, v. Donald White, Appellant, et al., Defendant.— [In each appeal] Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Eager, JJ.

■ Fulton W. Copp, Respondent, v. George A. Chestnutt, Jr., et al., Individually and as Copartners Doing Business under the Name of American Investors Company, Appellants, and Ethel W. Low et al., Respondents, et al., Defendants.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Stevens and Eager, JJ.

■ In the Matter of Bickford's Inc., Respondent-Appellant, v. Tax Commission of the City of New York et al., Appellants-Respondents.— Final order, entered on June 3, 1958, reducing the assessments on the petitioner's real property for the years 1956–57 and 1957–58 unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, Stevens and Eager, JJ.

■ Margaret M. De Meola, an Infant, by Warren De Meola, Her Guardian ad Litem, Appellant, v. City of New York, Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Stevens and Eager, JJ.

■ In the Matter of Metronome Rest. Corp., Petitioner, v. New York State Liquor Authority, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Stevens and Eager, JJ.

■ Ida Barsky, Appellant, v. Metropolitan Life Insurance Company, Respondent.— Determination of the Appellate Term unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Stevens and Eager, JJ.

■ In the Matter of an Indenture of Trust Made by Dorothy Mordecai. Dorothy Mordecai, Appellant; First National City Trust Company et al., as Cotrustees, et al., Respondents.— Order, entered on May 6, 1960, denying appellant's application under section 23 of the Personal Property Law to revoke the trust she established with the respondent trustees dated November 29, 1955, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, McNally and Stevens, JJ. [24 Misc 2d 668.]